UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAMES M. SHAW,

Plaintiff,

-v- 22-cv-1170

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

Defendant.

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**IT IS HEREBY STIPULATED** by and between Kristina Danielle Cohn, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security, and Howard Olinsky, Esq., attorney for the Plaintiff, that the Defendant agrees to pay to the Plaintiff attorney fees in the amount of **$5,916.58,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

DATED: August 17, 2023

CARLA B. FREEDMAN
United States Attorney
Northern District of New York

BY: */s/ Kristina Danielle Cohn*
Kristina Danielle Cohn
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Phone: 212-264-2179
Email: kristina.cohn@ssa.gov

BY: ____________________
Howard Olinsky, Esq.
Olinsky Law Group
250 South Clinton Street
Suite 210
Syracuse, NY 13202
315-701-5780
Fax: 315-701-5781
Email: holinsky@windisability.com

**SO ORDERED:**

Glenn T. Suddaby
U.S. District Judge

Dated: August 17, 2023